# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
November 1, 2010

Lyle W. Cayce
Clerk

No. 09-31176
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SYDIRYL ANTHONY LEWIS,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:08-CR-371-1

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Sydiryl Anthony Lewis appeals the 327-month sentence imposed after he pleaded guilty to two counts of a 10-count indictment charging him with several drug-trafficking and firearm crimes. He contends that the court at sentencing gave inadequate consideration to his history of untreated substance-abuse problems.

The sentence was within the properly calculated advisory guidelines range and is presumed to be reasonable. *See United States v. Alonzo*, 435 F.3d 551,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

554 (5th Cir. 2006). Lewis addresses legitimate sentencing factors but does not rebut the presumption of reasonableness, especially where the district court considered and rejected his arguments in light of the presentence report and the sentencing factors of 18 U.S.C. § 3553(a). Lewis simply asks this court to substitute his assessment of the § 3553(a) factors for that of the district court, which is directly contrary to the deferential review dictated by *Gall v. United States*, 552 U.S. 38, 51 (2007). The judgment of the district court is AFFIRMED.